548

441 A.2d 765

Commonwealth v. Cunningham, Appellant.

 Submitted September 11, 1980. Anthony D. Reagoso, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

441 A.2d 765

Commonwealth v. Dowling, Appellant.

 Submitted September 11, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Sarah B. Vandenbraak, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.